UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

| | |
|---|---|
| In re: JEWELL, DONALD M.         § | Case No. 09-73615 |
|           JEWELL, NANCY J.           § | |
|                                                        § | |
| Debtor(s)                                    § | |

## NOTICE OF TRUSTEE'S FINAL REPORT AND
## APPLICATIONS FOR COMPENSATION
## AND DEADLINE TO OBJECT (NFR)

   Pursuant to Fed. R. Bankr. P.2002(a)(6) and 2002(f)(8), please take notice that STEPHEN G. BALSLEY, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

   The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
   211 South Court Street
   Room 110
   Rockford, IL  61101

   Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within   21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee.  A hearing on the fee applications and any objection to the Final Report will be held at 09:30AM on 05/25/2011 in Courtroom 115, United States Courthouse,
211 South Court Street
Room 115
Rockford, IL  61101.
If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

**UST Form 101-7-NFR (10/1/2010)**

Date: _/ /_____    By: ___/s/ STEPHEN G. BALSLEY_____
                 Trustee

STEPHEN G. BALSLEY
6833 STALTER DRIVE
ROCKFORD, IL  61108
(815) 962-6611

**UST Form 101-7-NFR (10/1/2010)**

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**WESTERN DIVISION**

| | | |
|---|---|---|
| In re: JEWELL, DONALD M. | § | Case No. 09-73615 |
| JEWELL, NANCY J. | § | |
| | § | |
| Debtor(s) | § | |

## SUMMARY OF TRUSTEE'S FINAL REPORT
## AND APPLICATIONS FOR COMPENSATION

| | |
|---|---|
| *The Final Report shows receipts of* | $ 7,785.49 |
| *and approved disbursements of* | $ 0.00 |
| *leaving a balance on hand of* [1] | $ 7,785.49 |
| **Balance on hand:** | $ 7,785.49 |

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| None | | | | | |

| | |
|---|---|
| Total to be paid to secured creditors: | $ 0.00 |
| Remaining balance: | $ 7,785.49 |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - STEPHEN G. BALSLEY | 1,528.55 | 0.00 | 1,528.55 |
| Attorney for Trustee, Fees - Barrick, Switzer, Long, Balsley & Van Evera | 1,814.00 | 0.00 | 1,814.00 |
| Charges, U.S. Bankruptcy Court | 0.00 | 0.00 | 0.00 |

| | |
|---|---|
| Total to be paid for chapter 7 administration expenses: | $ 3,342.55 |
| Remaining balance: | $ 4,442.94 |

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-NFR (10/1/2010)**

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

Total to be paid for prior chapter administrative expenses: $ 0.00
Remaining balance: $ 4,442.94

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for priority claims: $ 0.00
Remaining balance: $ 4,442.94

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 497,695.58 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 0.9 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | Harris Bank, N.A. | 327,683.89 | 0.00 | 2,925.24 |
| 2 | Discover Bank | 17,075.04 | 0.00 | 152.43 |
| 3 | Roundup Funding, LLC | 13,815.96 | 0.00 | 123.34 |
| 4 | Chase Bank USA NA | 6,038.92 | 0.00 | 53.91 |
| 5 | Fia Card Services, NA/Bank of America | 28,487.65 | 0.00 | 254.31 |
| 6 | Chase Bank USA NA | 0.00 | 0.00 | 0.00 |
| 6 -2 | Chase Bank USA NA | 17,669.35 | 0.00 | 157.73 |
| 7 | Illinois State Bank | 64,054.19 | 0.00 | 571.81 |
| 8 | Chase Bank USA NA | 21,905.46 | 0.00 | 195.55 |
| 9 | GE Money Bank | 965.12 | 0.00 | 8.62 |

**UST Form 101-7-NFR (10/1/2010)**

|  |  |
|---|---|
| Total to be paid for timely general unsecured claims: | $ 4,442.94 |
| Remaining balance: | $ 0.00 |

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

|  |  |
|---|---|
| Total to be paid for tardy general unsecured claims: | $ 0.00 |
| Remaining balance: | $ 0.00 |

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

|  |  |
|---|---|
| Total to be paid for subordinated claims: | $ 0.00 |
| Remaining balance: | $ 0.00 |

Prepared By: /s/STEPHEN G. BALSLEY
Trustee

STEPHEN G. BALSLEY
6833 STALTER DRIVE
ROCKFORD, IL  61108
(815) 962-6611

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-NFR (10/1/2010)**

United States Bankruptcy Court
Northern District of Illinois

In re:                                                              Case No. 09-73615-MB
Donald M. Jewell                                                    Chapter 7
Nancy J. Jewell
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0752-3          User: cbachman          Page 1 of 2          Date Rcvd: May 05, 2011
                              Form ID: pdf006         Total Noticed: 34

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 07, 2011.
```
db/jdb     +Donald M. Jewell,    Nancy J. Jewell,    19110 Streit Road,    Harvard, IL 60033-8439
aty        +John A Haderlein,    815-C Country Club Drive,    Libertyville, IL 60048-3430
tr         +Stephen G Balsley,    Barrick, Switzer, Long, Balsley, etal,    6833 Stalter Drive,
             Rockford, IL 61108-2579
14363448   +A-Tec Ambulance, Inc.,    P.O. box 457,    Wheeling, IL 60090-0457
14363452    AT&T Universal Card/Citi,    P.O. Box 44167,    Jacksonville, FL 32231-4167
14363451    Bank of America,    P.O. Box 15026,    Wilmington, DE 19886-5726
14363449   ++CHASE CARD SERVICES,    201 NORTH WALNUT STREET,    ATTN MARK PASCALE,    MAIL STOP DE1-1406,
             WILMINGTON DE 19801-2920
            (address filed with court: WaMu,    P.O. Box 660433,    Dallas, TX 75266-0433)
14363456    Capitol One,    P.O. Box 30285,    Salt Lake City, UT 84130-0285
16387771    Chase Bank USA NA,    P.O. Box 15145,    Wilimington, DE 19850-5145
16344706    Chase Bank USA NA,    PO BOX 15145,    Wilmington, DE 19850-5145
14363454    Chase Cardmember Service,    P.O. Box 15153,    Wilmington, DE 19886-5153
14363457    Citi Cards,    P.O. Box 6000,    The Lakes, NV 89163-6000
14363453    Citicards,    P.O. Box 142319,    Irving, TX 75014-2319
14363443    Citizens Automobile Finance,    P.O. Box 42002,    Providence, RI 02940-2002
14363439   +Donald M. & Nancy J. Jewell,    19110 Streit Road,    Harvard, IL 60033-8439
14363442    Harris Bank, N.A.,    P.O. Box 6201,    Carol Stream, IL 60197-6201
14363441   +Harris Bank, N.A.,    Attn Dan Rubin,    200 S Michigan Ave Ste 1100,    Chicago, Il 60604-2461
14743269   +Illinois State Bank,    % Jason A Frye,    Neal Gerber & Eisenberg LLP,    2 No LaSalle  Ste 1700,
             Chicago, Il 60602-4000
14532299   +Illinois State Bank,,   a division of North Shore Bank,    FSB ("ISB"),    1301 Pyott Road,
             Lake in the Hills, IL 60156-9794
14532302   +Jason A. Frye, Esq.,    Neal Gerber Eisenberg, LLP,    Two North LaSalle Street,
             Chicago, IL 60602-3882
14363440   +Law Offices of John A. Haderlein, Esq.,    815-C Country Club Drive,    Libertyville, IL 60048-3430
14532303    MHS Physician Services,    P.O. Box 5081,    Janesville, WI 53547-5081
14363444   +McHenry County Treasurer's Office,    667 Ware Road,    Room 100,    Woodstock, IL 60098-8303
14363445    Mercy Health System,    Mercy Harvard Hospital,    P.O. box 5177,    Janesville, WI 53547-5177
14363447    Sears Premier Card,    P.O. Box 6283,    Sioux Falls, SD 57117-6283
14567524   +Senco,    4270 Ivy Point Blvd.,    Cincinatti, OH 45245-0001
14363450    United Mileage Plus Visa/Master Card,    P.O. Box 15298,    Wilmington, DE 19886-5153
14363446   +Visa,    P.O. Box 15021,    Wilmington, DE 19850-5021
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
16307123     E-mail/PDF: mrdiscen@discoverfinancial.com May 06 2011 01:35:45      Discover Bank,
              Dfs Services LLC,    PO Box 3025,    New Albany, OH 43054-3025
14363455     E-mail/PDF: mrdiscen@discoverfinancial.com May 06 2011 01:35:45      Discover Card,
              P.O. Box 6103,    Carol Stream, IL 60197-6103
16382351     E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM May 06 2011 01:45:33
              Fia Card Services, NA/Bank of America,    by American Infosource Lp As Its Agent,    PO Box 248809,
              Oklahoma City, OK 73124-8809
16666254     E-mail/PDF: gecsedi@recoverycorp.com May 06 2011 01:51:27      GE Money Bank,
              c/o Recovery Management Systems Corporat,    25 SE 2nd Ave Suite 1120,    Miami FL 33131-1605
16343165     E-mail/PDF: BNCEmails@blinellc.com May 06 2011 01:35:52      Roundup Funding, LLC,    MS 550,
              PO Box 91121,    Seattle, WA 98111-9221
14535579    +E-mail/PDF: gecsedi@recoverycorp.com May 06 2011 01:51:26      Sam's Club,    PO Box 530981,
              Atlanta, GA 30353-0981
                                                                                              TOTAL: 6

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
aty*        +Stephen G Balsley,    Barrick, Switzer, Long, Balsley, etal,    6833 Stalter Drive,
              Rockford, IL 61108-2579
14363458*    Chase Cardmember Service,    P.O. Box 15153,    Wilmington, DE 19886-5153
14363459*    Chase Cardmember Service,    P.O. Box 15153,    Wilmington, DE 19886-5153
14363460   ##+Margaret Hurrle,    3719 Paulson Road,    Harvard, IL 60033-9549
                                                                                   TOTALS: 0, * 3, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

```
District/off: 0752-3          User: cbachman           Page 2 of 2              Date Rcvd: May 05, 2011
                              Form ID: pdf006          Total Noticed: 34
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: May 07, 2011**            **Signature:**  *Joseph Speetjens*